## MAUNEY v. HINES.

ATKINSON, J. This case is controlled by the ruling of this court in the case of *Bowyer* v. *Hines*, this day decided.

*Judgment affirmed. All the Justices concur, except Fish, C. J., disqualified.*

No. 1797. SEPTEMBER 18, 1920.

Description and counsel as in case next before.